[No. 22021-7-I.   Division One.   October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN A. AMBERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01662-1, Susan R. Agid, J., entered

March 23, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Scholfield, J.